UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:08-MJ-1008 |
| V. | ) | Magistrate Judge Shirley |
| | ) | |
| STEVE WOOD, and | ) | |
| LONNIE DYER, | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

This matter came before the undersigned for a preliminary hearing pursuant to Federal Rules

of Criminal procedure, Rule 5.1 on January 30, 2008. Tracy L. Stone, Assistant United States

Attorney, was present on behalf of the government. Attorney Paula Voss was present representing

Defendant Steve Wood, who was present. Attorney Andrew S. Roskind was present representing

Defendant Lonnie Dyer, who was also present.

At the hearing, the United States presented the testimony of James Runkel, Special Agent

with the Federal Bureau of Investigation. Agent Runkel testified to his investigation of the alleged

attempted bank robbery of the Citizen's Bank and Trust in Washburn, Tennessee on January 18,

2008. Among other matters, Agent Runkel's testimony relayed information he learned from persons

inside the bank at the time of the events, other law enforcement officers involved in the search and

capture of Steve Wood and Lonnie Dyer in connection with the reported attempted bank robbery.

and his own role in the matter. In abbreviated summary of the testimony, Agent Runkel testified he

learned from persons at the bank, that on the morning of January 18, 2008, two persons entered or

partially entered the bank, in an attempt to commit a robbery, then ran away. Agent Runkel testified

as to the physical description and clothing of the suspects and that one of the people in the bank reported seeing a gray Volvo car leaving the parking lot just afterwards. A car matching the same description was encountered by a Union County Sheriff's deputy on Tater Valley Road. Agent Runkel testified that a chase ensued that resulted in the two occupants abandoning the Volvo on foot and fleeing into the woods on a ridge line behind a house located at 117 Tater Valley Road. Agent Runkel testified that items were found inside the Volvo and on the ground nearby that were associated with the description provided of the bank robbers, such as a red hat and purple latex gloves. The government submitted nine exhibits in support of Agent Runkel's testimony. The exhibits included photographs taken from a security camera inside the bank, photographs taken by police of the car suspected to be employed in the robbery along with items found in and near the car. The exhibits also included typed FBI summaries of statements Agent Runkel testified were given to police by both Lonnie Dyer and Steve Wood, individually. The statements given by the two defendants as summarized constitute admissions as to their participation in the alleged attempted bank robbery.

Defense counsel conducted thorough cross-examination of Agent Runkel.

Based on all testimony, for the reasons set forth herein and set forth in the Court's oral ruling, the Court finds there is probable cause to believe the charged offense was committed and that it was committed by both of these defendants. Accordingly, it is **ORDERED** that the Defendant Wood and the Defendant Dyer are therefore held to answer in the District Court.

**IT IS SO ORDERED.**

**ENTER:**

   s/ C. Clifford Shirley, Jr.   
United States Magistrate Judge